F I L E D
Clerk
District Court
FEB 06 2017
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JESUS T. LIZAMA, VICTORIA L.G. LIZAMA, and J & JEVENTERPRISES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANZ GUAM, INC. fka CITIZENS SECURITY BANK (GUAM) INC., and DOES 1 TO 5, <br><br> Defendants. | Civil Case No. 1:16-cv-00010 <br><br> **CLERK'S ENTRY OF JUDGMENT** |

Notice is hereby given that **JUDGMENT** is entered in accordance with the Court's Decision and Order Granting Defendant's Motion to Dismiss with Prejudice (ECF No. 20) and pursuant to FRCP 58(b)(1)(C).

SO ENTERED this 6st day of February, 2017.

_____
HEATHER L. KENNEDY
Clerk of Court

1