UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUL 24 2018
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FILED
Clerk
District Court
JUL 25 2018
for the Northern Mariana Islands
By_____
(Deputy Clerk)

EDWARD L. G. LIZAMA; et al.,

        Plaintiffs - Appellants,

v.

ANZ GUAM, INC. and DOES, 1-5,

        Defendants - Appellees.

No. 17-15379

D.C. No. 1:16-cv-00010
U.S. District Court for the Northern Mariana Islands, Saipan

**MANDATE**

The judgment of this Court, entered July 02, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Rebecca Lopez
        Deputy Clerk
        Ninth Circuit Rule 27-7