FILED
Clerk
District Court

JUL 03 2018

for the Northern Mariana Islands

By _____
(Deputy Clerk)

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 2 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD L.G. LIZAMA; VICTORIA L.G. LIZAMA; J & JEV ENTERPRISES, INC., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ANZ GUAM, INC.; DOES, 1-5, <br><br> Defendants-Appellees. | No. 17-15379 <br><br> D.C. No. 1:16-cv-00010 <br> District of the Northern Mariana Islands, Saipan <br><br> ORDER |

Before: THOMAS, Chief Judge, and HAWKINS and McKEOWN, Circuit Judges.

Defendant-Appellee ANZ Guam, Inc.'s motion to take judicial notice is GRANTED.